1
2
3
4
5
6
7                                                                                              *E-FILED - 12/12/07*
8                        IN THE UNITED STATES DISTRICT COURT
9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                                  SAN JOSE DIVISION

11
**KYRON LAMONT HIGTOWER,**                           C 07-1338 RMW (PR)
12
                                      Petitioner,   **[] ORDER**
13
             v.
14
**T. FELKER,**
15
                                      Respondent.
16

17      GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of
18 habeas corpus is extended to and including January 22, 2008.
19      If petitioner wishes to respond to the answer, he shall do so by filing a traverse with
20 the court within thirty days of his receipt of the answer.
21
22 Dated:  12/12/07                                  _Ronald M. Whyte_____
                                                    The Honorable Ronald M. Whyte
23
24
25
26
27
28

[] Order - *Hightower v. Felker* - C 07-1338 RMW (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Kyron Lamont Hightower v. T. Felker**

No.:   **C 07-1338 RMW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 3, 2007, I served the attached

**APPLICATION FOR ENLARGEMENT OF TIME;**

**DECLARATION OF JULIET HALEY IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME;**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Kyron Lamont Hightower**
**T-89904**
**High Desert State Prison**
**P.O. Box 3030**
**Susanville, CA 96127**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 3, 2007, at San Francisco, California.

|                       |                  |
|-----------------------|------------------|
| J. Wong               | J Wong           |
| Declarant             | Signature        |

40192601.wpd