*E-FILED - 9/11/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYRON LAMONT HIGHTOWER,<br><br>            Petitioner,<br><br>  vs.<br><br>T. FELKER,<br><br>            Respondent. | No. C 07-1338 RMW (PR)<br><br>ORDER GRANTING MOTIONS<br>FOR STAY AND EXTENSION<br>OF TIME<br><br>(Docket Nos. 15, 28) |

Good cause appearing, petitioner's motion for an extension of time in which to file a traverse, and his motion to stay this matter while he prepared the traverse, are GRANTED.  The traverse filed on March 31, 2008 is timely filed.

This order terminates Docket Nos. 15 & 28.

IT IS SO ORDERED.

Dated:    9/10/08                           *Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge