1

2

3

4                                                    *E-FILED - 8/7/09*

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11

12   KYRON L. HIGHTOWER,                      No. C 07-1338 RMW (PR)

13               Peittioner,                  **ORDER DENYING
                                              PETITIONER'S APPLICATION
14        v.                                  FOR CERTIFICATE OF
                                              APPEALABILITY**
15   TOM FELKER, Warden
                                              (Docket No. 44)
16               Respndent.
                                        /
17

18        Petitioner filed a *pro se* habeas petition.  Following briefing by the parties, this court

19   denied the petition on the merits and entered judgment on March 18, 2009.  Petitioner filed a

20   timely notice of appeal and a timely application for a certificate of appealability ("COA").  In

21   his application for COA, petitioner asks the court to consider his limited mental ability.

22   Petitioner attaches a 2003 report by a psychiatrist regarding petitioner's mental issues.

23        A court shall grant a COA "only if the applicant has made a substantial showing of the

24   denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate must indicate which

25   issues satisfy this standard, *see id.* § 2253(c)(3), and the court of appeals is limited to

26   considering only those claims.  *See Hiivala v. Wood*, 195 F.3d 1098, 1103 (9th Cir. 1999);

27   *Fuller v. Roe*, 182 F.3d 699, 702-03 (9th Cir. 1999).  "Where a district court has rejected the

28
     Order Denying Petitioner's Application for Certificate of Appealability
     P:\PRO-SE\SJ.Rmw\HC.07\Hightower338.coa2.wpd

1 constitutional claims on the merits, the showing required to satisfy § 2253(c) is

2 straightforward: the petitioner must demonstrate that reasonable jurists would find the district

3 court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529

4 U.S. 473, 484 (2000).

5      In this case, the court finds that petitioner has not made a substantial showing of the

6 denial of a constitutional right on any of his claims.  None of the claims that petitioner raised

7 involved or were related to his limited mental ability.  The court's order denying petition for

8 writ of habeas corpus issued on March 18, 2009 explained why petitioner's claims lacked

9 merit.  Accordingly, the court will DENY petitioner a certificate of appealability (docket no.

10 44).  Petitioner may, however, proceed to file a request for a certificate of appealability

11 directly with the Ninth Circuit.  *See Nevius v. Sumner*, 105 F.3d 453, 458 (9th Cir. 1996).

12      IT IS SO ORDERED.

13 DATED: ___8/5/09___

                                 *Ronald M. Whyte*

14                                  RONALD M. WHYTE
                                 United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28 Order Denying Petitioner's Application for Certificate of Appealability
P:\PRO-SE\SJ.Rmw\HC.07\Hightower338.coa2.wpd